IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s):
San Ray Lindler

Civil Case No. 1:17-cv-01044

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   San Ray Lindler

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   South Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    South Carolina

6. Plaintiff's/Deceased Party's current state of residence:

    South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

    USDC, District of South Carolina, Columbia Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: 

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        6 through 28, inclusive

    b. Other allegations of jurisdiction and venue:

        N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☒ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other:

11. Date of Implantation as to each product:

December 17, 2012

12. Hospital(s) where Plaintiffs was implanted (including City and State):

Palmetto Health Richland, Columbia, SC

13. Implanting Physician(s):

Cynthia J. Brown, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable South Carolina State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

 Howard L. Nations

16. Address and bar information for Attorney for Plaintiff(s):

3131 Briarpark Dr.
Suite 208
Houston, TX 77042-3795
(713) 807-8400
Texas Bar No. 14823000

Respectfully submitted,

THE NATIONS LAW FIRM

/s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark Dr.
Suite 208
Houston, TX 77042-3795
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFF(S)

5